Order filed, June 10, 2015.



In The

# Court of Appeals

For The

## First District of Texas

_____

NO. 01-15-00351-CR

RONNEY EARL WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

---

**On Appeal from the 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Case 74312**

---

## ORDER

The reporter's record in this case was due May 26, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jill Fredrichs, the official (or substitute) court reporter, to file the record

in this appeal, if any, **within 30 days** of the date of this order.

/s/ Harvey Brown

Acting individually

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RETURN TO SENDER

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1W
0001372104 JUN 10 2015

RECEIVED
COURT OF APPEALS
HOUSTON, TEXAS
JUN 24 2015
CHRISTOPHER A. PRINE

CASE NO. 01-15-00351-CR
RONNEY EARL WILLIAMS
TDCJ #

06/22/15

NIXIE       775152061-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER